IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL MERTON IRONS, II,

    Petitioner,               No. CIV S-04-0220 LKK GGH P

    vs.

TOM L. CAREY, Warden,

    Respondent.          ORDER

        By Order, filed on January 19, 2005, the District Court granted petitioner's application for a writ of habeas corpus, and judgment was entered thereon. On appeal, the Ninth Circuit Court of Appeals reversed that judgment. Pursuant to the appellate court's mandate, filed in this court on November 15, 2007, IT IS HEREBY ORDERED that:

        1. The January 19, 2005, Order in this matter is VACATED, and

        2. The petition for writ of habeas corpus is DENIED.

DATED: December 13, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT